Matthew P. Vafidis (SBN 103578)
Chung-Han Lee (SBN 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: matthew.vafidis@hklaw.com

Attorneys for Plaintiff
DQ TECHNOLOGY, INC.

Grant L. Kim (SBN 114989)
Melvin V. Priester, Jr. (SBN 233340)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7359
Facsimile: (415) 268-7522
Email: gkim@mofo.com

Attorneys for Defendant
KT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DQ TECHNOLOGY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KT CORPORATION, a South Korean corporation; and NAON TECH CO., LTD, a South Korean corporation,<br><br>Defendants. | Case No. C 06 6705 JL<br><br>**STIPULATED APPLICATION AND [PROPOSED] ORDER CONTINUING JANUARY 31, 2007 INITIAL CASE MANAGEMENT CONFERENCE** |

This application is respectfully submitted as a request for a continuance of the Initial Case Management Conference herein, which has been set, by order of the court filed October 27, 2006, to take place on January 31, 2007 at 10:30 a.m. This application is made by and on behalf of

1 | Plaintiff DQ Technology ("Plaintiff"), by and through its counsel of record herein, and is agreed to
2 | by counsel for Defendant KT Corporation ("Defendant KT"), which makes this stipulation while
3 | preserving all of its defenses herein, except any defense as to service of process.
4 |     The grounds for this application are as follows:
5 |     1.    This action was filed on October 27, 2006; upon that date, the court issued an order
6 | setting the Initial Case Management Conference to take place on January 31, 2007 at 10:30 a.m.
7 |     2.    On November 14, 2006, after previously mailing and electronically transmitting the
8 | summons and complaint to Defendant KT and the other Defendant, Naon Tech, which are both
9 | corporations whose principal place of business is in Korea, Plaintiff resent the summons and
10 | complaint to Defendants together with a request for a waiver of formal service of process.
11 |     3.    Defendant KT has waived the formalities of service, while reserving all other
12 | defenses and objections, and is due to respond to the Complaint herein on or before February 12,
13 | 2007.
14 |     4.    Naon Tech has not yet responded to the request for a waiver, and if it does not do so
15 | by January 12th, the deadline for response, Plaintiff intends formally to serve Naon Tech through
16 | the Hague Service Convention. To date, no attorney representing Naon Tech has contacted Plaintiff
17 | or its counsel with respect to this matter.
18 |     5.    Under the circumstances, Plaintiff respectfully submits, and Defendant KT agrees,
19 | that this matter is not yet ready for an Initial Case Management Conference and, in the interest of
20 | judicial economy and to save unnecessary effort of the parties, the January 31, 2007 Case
21 | Management Conference should be continued.
22 |     6.    To allow for service of process upon Naon Tech to be completed and for Defendant
23 | KT to respond to the Complaint within the time allowed, the parties propose that the Initial Case
24 | Management Conference be continued for a period of two months, to Wednesday, March 28, 2007
25 | at 10:30 a.m.
26 | ///
27 | ///
28 | ///

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

Plaintiff and Defendant KT stipulate to this Application and submit it jointly.

Respectfully Submitted,

Dated: January 5, 2007

HOLLAND & KNIGHT LLP

By: _____
Matthew P. Vafidis
Chung-Han Lee
Attorneys for Plaintiff
DQ TECHNOLOGY, INC.

Dated: January 5, 2007

MORRISON & FOERSTER LLP

By: _____
Grant L. Kim
Melvin V. Priester, Jr.
Attorneys for Defendant
KT CORPORATION

**IT IS SO ORDERED.** The Initial Case Management Conference herein shall be continued to March 28, 2007 _____, 2007, with all other dates continued accordingly.

#4279416_v1

IT IS SO ORDERED
Judge James Larson
Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910