UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DQ TECHNOLOGY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KT CORPORATION, a South Korean corporation; and NAON TECH CO., LTD, a South Korean corporation,<br><br>Defendant. | Case No.   C 06-6705 SBA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[Fed.R.Civ. Proc. 41(a)(1)]<br><br>Honorable Saudra B. Armstrong |
| KT CORPORATION, a South Korean corporation,<br><br>Counterclaimant,<br><br>v.<br><br>DQ TECHNOLOGY, INC., a California corporation,<br><br>Counterdefendant.. | |

STIPULATION AND ORDER OF DISMISSAL
Case No. C 06-6705 JL

Plaintiff and Counter-Defendant DQ Technology, Inc. ("DQ") and Defendant and Counter-Claimant KT Corporation ("KT") hereby stipulate and agree as follows pursuant to a confidential Settlement Agreement between DQ and KT ("the Parties" collectively, and "Party" individually):

1. Plaintiff and Counter-Defendant DQ filed this action on October 27, 2006. KT filed its Answer and Counterclaims on February 12, 2007.

2. DQ's Complaint also named Naon Tech Co, Ltd. ("Naon Tech"), a South Korean company, as a Defendant. Naon Tech has not appeared in this action.

3. The Parties hereby stipulate to dismissal with prejudice of all of the claims and counterclaims the Parties have brought in the above-captioned action.

4. Each Party will bear its own costs and attorneys' fees in this action.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: April 27, 2007

MATTHEW P. VAFIDIS
HOLLAND & KNIGHT LLP

By: _____
Matthew P. Vafidis

Attorneys for Plaintiff and
Counterdefendant DQ TECHNOLOGY, INC.

Dated: April 27, 2007

GRANT L. KIM
MORRISON & FOERSTER LLP

By: _____
Grant L. Kim

Attorneys for Defendant and
Counterclaimant KT CORPORATION

ORDER

IT IS SO ORDERED.

Dated: ____4/30/____, 2007

*Saundra B Armstrong*
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

**GENERAL ORDER 45 ATTESTATION**

I, Grant L. Kim, am the ECF User whose ID and password are being used to file the Stipulation of Dismissal with Prejudice. In compliance with General Order 45, X.B., I hereby attest that Grant L. Kim and Matthew P. Vafidis have concurred in this filing.

                                                /s/ Grant L. Kim
                                                    Grant L. Kim